UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARRELL McKELLER, §<br>　　　　Plaintiff, §<br>§<br>v. §　No. 3:22-cv-315-B (BT)<br>§<br>EQUIFAX INFORMATION SERVICES §<br>LLC, et al., §<br>　　　　Defendants. | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED, and this civil action is DISMISSED without prejudice.

The Clerk shall transmit to the parties a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 8th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE